# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 490 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CRIMINAL PROCEDURAL RULES COMMITTEE | : | CRIMINAL PROCEDURAL RULES |
| | : | |
| | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, Brian W. Perry, Esquire, is hereby designated as Chair, and the Honorable Margherita Patti Worthington is designated as Vice-Chair, of the Criminal Procedural Rules Committee, commencing October 1, 2017.